

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00205-CR

CHRISTOPHER JASON HALL,

                                                           Appellant

 v.

THE STATE OF TEXAS,

                                                           Appellee

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. 06-11-14071 BCCR

# O R D E R

The State's brief in this appeal was originally due on March 30, 2015. The State has requested and been granted two extensions of time to file its brief. It has now filed a third motion for extension of time to file its brief.

The State's motion is denied. Its brief is ORDERED to be filed no later than 5:00 p.m. on August 20, 2015.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed July 30, 2015

